832

No. 478. HORTON v. LIBERTY MUTUAL INSURANCE Co. Certiorari, 364 U. S. 814, to the United States Court of Appeals for the Fifth Circuit. Motion of petitioner to advance denied. *Joe H. Tonahill* for petitioner. ■

No. 669. LURK v. UNITED STATES. Certiorari, *ante,* p. 802, to the United States Court of Appeals for the District of Columbia Circuit. Motion of petitioner to advance granted. *Eugene Gressman* for petitioner. ■

No. 761, Misc. HARDING v. WARDEN, MARYLAND PENITENTIARY. Motion for leave to file petition for writ of habeas corpus denied.

No. 525, Misc. IN RE POPE. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Doris H. Maier* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.

No. 276, Misc. CHEWNING v. SMYTH, PENITENTIARY SUPERINTENDENT. Motion to substitute W. K. Cunningham, Jr. in place of W. Frank Smyth, Jr. as the party respondent granted. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. Case transferred to the appellate docket. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.